1  **Michael R. Belter, Esq.** [97417]
   16 North Marengo Avenue, Suite 619
2  Pasadena, California 91101
   [626] 796-2599
3  [626] 796-1458 FAX
   michaelbelter@yahoo.com
4
   Attorney for Defendant
5  Jose Gonzalez Jr.

```
                                         FILED
                              CLERK, U.S. DISTRICT COURT

                                 DEC 3 1 2008

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                    DEPUTY
```

6

7               **UNITED STATES DISTRICT COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,           )   CR-08-01191-GW
                                        )
11          Plaintiff,                  )   MOTION TO SUBSTITUTE CJA
                                        )   COUNSEL; REQUEST FOR
12  v.                                  )   APPROVAL OF SUBSTITUTION OF
                                        )   ATTORNEY
13  JESUS MARTINEZ, ET AL.,             )
                                        )   [~~PROPOSED~~ ORDER]
14          Defendant.                  )
                                        )
15  _____ )

16          HAVING CONSIDERED the defendant's Motion to Substitute CJA Counsel and the

17  Request for Approval of Substitution of Counsel;

18          The Court hereby appoints CJA Michael R. Belter as counsel of record for defendant

19  Jose Gonzalez Jr., in place and instead of CJA Steve Escobar.

20

21  Dated: December 30 , 2008

22  _George W. Wu_____

23  JUDGE GEORGE WU
    FEDERAL DISTRICT COURT
24

25

26

27

28